RAINES FELDMAN LLP
Scott M. Lesowitz (Bar No. 261759)
slesowitz@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Plaintiff iii-Interactive LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| III-INTERACTIVE LLC, A MISSOURI LIMITED LIABILITY COMPANY, D/B/A DIVISION-D,<br><br>Plaintiff,<br><br>vs.<br><br>VIDROLL, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Defendant | Case No.<br><br>COMPLAINT FOR:<br><br>(1) BREACH OF CONTRACT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff iii-Interactive LLC, d/b/a Division-D ("Division-D") hereby alleges as follows:

**JURISDICTION**

1. Plaintiff Division-D is a Missouri limited liability company. Division-D's principal place of business is in Missouri. Division-D is a citizen of the State of Missouri and nowhere else.

2. Defendant VidRoll, LLC ("VidRoll") is a Delaware limited liability company. VidRoll's principal place of business is 3110 Main St., Santa Monica, California 90405 in the Central District of California. VidRoll is a citizen of the States of Delaware and California and nowhere else.

3. This Court has diversity jurisdiction over the parties pursuant to 28 U.S.C. §1332 because the parties are citizens of different states, and the amount in controversy exceeds $75,000. Plaintiff claims $246,130.41 in actual damages.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(1) & (b)(2) as the only defendant resides in the Central District of California and a substantial part of the events or omissions giving rise to Division-D's claims occurred in the Central District of California.

**BACKGROUND OF DIVISION-D**

5. As is relevant to this case, Division-D places advertisements for its clients on websites and other electronic platforms.

6. Division-D fronts the money for the costs of advertisements for its clients. This means that Division-D pays sites such as Google and YouTube to run its clients' advertisements and then in turn Division-D bills its clients for reimbursement of the advertising costs Division-D incurred. If a client does not pay Division-D, Division-D loses every dollar spent on running the advertisements.

**THE CONTRACT BETWEEN DIVISION-D AND VIDROLL**

7. In or about January 2016, VidRoll contracted for Division-D to run video advertisements for VidRoll on digital platforms. On or about January 13,

2016, VidRoll and Division-D each executed a written order agreement in which Division-D agreed to provide its services for VidRoll in exchange for monetary payments. This agreement is attached as Exhibit 1 (the "Insertion Order").

8. Internet sites that display video advertisements, such as YouTube, generally charge advertisers for each time a video is displayed on a user's screen. Each such display is known as an "impression." Based on certain factors, including the prominence of how the video is displayed and the expected demographics of viewers, sites charge the advertiser different amounts for each impression.

9. Under the agreement between Division-D and VidRoll, VidRoll agreed to pay Division-D set amounts for each impression of a VidRoll video. The amount Division-D charged VidRoll per impression depended on the cost of that impression.

10. Through e-mail correspondence, VidRoll instructed Division-D what types of advertisements to place at various cost levels and updated the "Campaign and Media Details" (referring to the "Campaign and Media Details" in the Insertion Order). Based on the agreement and VidRoll's instructions, Division-D began placing online advertisements for VidRoll in January 2016 and placed such ads until February 2017. Division-D has always followed VidRoll's instructions, and Division-D has always performed all of its obligations under the agreement.

11. As agreed, Division-D paid internet sites and other platforms to run VidRoll's videos. Division-D absorbed all costs. Division-D then billed VidRoll based on the number and costs for each type of impression. VidRoll never disputed any amount that Division-D billed VidRoll. VidRoll agreed to pay all invoices that Division-D issued.

12. In fact, VidRoll kept track of the impression data and would send reports to Division-D detailing how much Division-D should invoice VidRoll for that month. Division-D's invoices were predicated on VidRoll's data.

13. Starting with the October 2016 invoice, VidRoll stopped paying in full the amounts that Division-D invoiced VidRoll, pursuant to the agreement and

services Division-D provided, even though there was no dispute regarding the amounts of these invoices.

14. There is no dispute between the parties that Division-D performed the services for which it billed, and these invoices were predicated on VidRoll's reports on how much Division-D should charge VidRoll.

15. In fact, VidRoll confirmed to Division-D that VidRoll owed Division-D the invoiced amounts and agreed to pay them. But VidRoll has failed to pay.

16. Exhibit 2 contains Division-D's invoices of VidRoll from October 2016 through February 2017 which reflect the amounts that VidRoll owes Division-D under their agreement. These invoices are predicated on the amounts that VidRoll reported it owes to Division-D.

17. The October 2016 through February 2017 invoices totaled $293,741.62. VidRoll has only made three partial payments of $22,552.88, $16,506, and $8,552.33, totaling $47,611.21, towards the October 2016 through February 2017 invoices. Thus, VidRoll has not paid Division-D the $246,130.41 currently owed under the agreement. The last partial payment that VidRoll made was made on the first week of March 2017.

18. As a result, Division-D is out of pocket tens of thousands of dollars for placing and paying for advertisements for VidRoll with no reimbursement.

## FIRST CAUSE OF ACTION

**(Breach of contract)**

**(Division-D against VidRoll)**

19. Plaintiff restates and incorporates by reference each of the foregoing paragraphs.

20. As alleged above, on or about January 13, 2016, Division-D and VidRoll each agreed for Division-D to provide advertising placement services for agreed upon financial compensation. Division-D has provided VidRoll all services

required of Division-D under the agreement, and Division-D has fully performed its obligations.

21. In a material breach of the agreement, VidRoll has failed to pay Division-D the $246,130.41 that VidRoll presently and immediately owes Division-D under their agreement.

**WHEREFORE**, Plaintiff prays for judgment as follows:

1. That judgement be entered in favor of Plaintiff
2. That Plaintiff be awarded $246,130.41 in actual damages;
3. That Plaintiff be awarded its costs;
4. That Plaintiff be awarded all statutory interest allowed; and
5. That the Court award such other relief as it deems just and proper.

Dated: June 26, 2017

RAINES FELDMAN LLP

By: */s/ Scott M. Lesowitz*
SCOTT M. LESOWITZ
Attorneys for Plaintiff iii-Interactive LLC

**DEMAND FOR JURY TRIAL**

Pursuant to Rules 38(b) of the Federal Rules of Civil Procedure and Local Rule 38-1, Plaintiff hereby demands a jury trial to the greatest extent permitted by law.

Dated: June 26, 2017

RAINES FELDMAN LLP

By: */s/ Scott M. Lesowitz*
SCOTT M. LESOWITZ
Attorneys for Plaintiff iii-Interactive LLC

# EXHIBIT 1




## Insertion Order

**Date:** 1/13/2016

## VidRoll Contact Details

**Partner Name:** VidRoll, LLC.
**Company Address:** 3110 Main St.
**City:** Santa Monica, CA
**Zip:** 90405
**Country:** USA

**Account Contact:** Scott Stevenson
**Email:** scott@vidroll.com
**Phone:** 303.246.5711
**Billing Contact:** Kristen Hester
**Email:** accounting@vidroll.com
**Phone:** 914.806.0271

## Partner Information

**Partner Name:** Division D
**Company Address:** 906 Rain Forest Parkway
**City:** Columbia, MO
**Zip:** 65202
**Country:** USA

**Account Contact:** Jingjing Sha
**Email:** jingjing@divisiond.com
**Phone:** 573-446-7334
**Billing Contact:** Caleb Boeckman
**Email:** caleb@divisiond.com
**Phone:**

## Insertion Order Details

IO Number

Currency USD
Total Budget OPEN

## Campaign & Media Details

| Product | Campaign | Countries | Model | Rate | Currency |
|---|---|---|---|---|---|
| VAST/VPAID | DivisionD - US - $4, $5, $7 | US | CPM | Varied | USD |
| VAST/VPAID | DivisionD – UK – S - $5 | UK | CPM | $5 | USD |
| VAST/VPAID | DivisionD – UK – M/L - $6.50 | UK | CPM | $6.50 | USD |

## Payment Terms

**Term:** Net 60

## Additional Comments

- By signing this document I agree that I will not run VidRoll's ads on fraudulent or fake traffic generated by bots, incentivized traffic, malware, spyware or non-approved URLs. I will not be paid for any impressions or clicks run on this type of traffic.
- Ads must not appear before, after, or next to any inappropriate content such as nudity or violent content
- VidRoll shall provide daily reporting/portal access for revenue and impressions.
- Reporting and billing is based off VidRoll's AdServers
- Impression levels and CPMs can be adjusted through email confirmation.




- Modifications of an IO shall be binding if made, acknowledged and accepted in writing (fax, letter, email) by an authorized representative of the parties.
- Either party may cancel this IO at any time with a 72 hour written notice (fax, letter, email). For example, if VidRoll cancels this IO, VidRoll shall only be responsible for the previously delivered impressions and revenue.
- VidRoll may make payments only when an outstanding balance exceeds $50 for Check/ACH, $200 for domestic & International wires

## Send Wire To

**Bank Name:** Commerce Bank
**Bank Address:** 901 E. Broadway
**Bank City:** Columbia, MO
**Bank Country:** US

**Account Number:** 400678661
**Routing Number:** 101000019
**IBAN:**
**Swift Code:** CBKCUS44

## Conditions

**Except as otherwise specified, this Agreement is governed by version 3.0 of the AAA / IAB Standard Terms and Conditions ("Standard Terms") including the indemnification obligation provided therein. With respect to this Agreement, Advertiser (as defined herein) shall be interpreted as being "Ad Agency" (as the case may be) as defined in the Standard Terms and PUBLISHER shall be interpreted as being "Media Company" as defined in the Standard Terms except for those obligations, which reasonably can only be met by Media Company's publisher clients. The Standard Terms are hereby incorporated herein by reference: http://www.iab.net/media/file/IAB_4As-tsandcs-FINAL.pdf**

---

ACCEPTED AND AGREED:

VidRoll, LLC.

By: ______________________

Name: Scott Stevenson
Title: Director, Business Development
Date ("**Effective Date**"): 2/24/16____, 2015

Partner

By: ___ Jingjing Sha _

Name Jingjing Sha
Title Director of Business Operations
Date ("**Effective Date**"): _2/23_________, 2015

# EXHIBIT 2

# DIVISION-D

906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

102554

Bill to:
**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:
**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | October | KE | Net 60 | 10/31/2016 | 1/14/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| 0.265 | Mobile Preroll | Division-D_US_MW_$2.50 | 2.50 | 0.66 |
| 47.484 | Mobile Preroll | Division-D_US_In-App_$2.25 | 2.25 | 106.84 |
| 0.022 | Mobile Preroll | Division-D_US_MW_$2.50 WL | 2.50 | 0.06 |
| | | | | |
| 4,393.309 | Pre-roll | DivisionD - $9 - ENG (v2) | 9.00 | 39,539.78 |
| 6,859.889 | Pre-roll | DivisionD - $8 - M/L - ENG | 8.00 | 54,879.11 |
| 1,843.004 | Pre-roll | DivisionD - $7 - ENG | 7.00 | 12,901.03 |
| 1,631.428 | Pre-roll | DivisionD - M/L - $9 - ENG (WL) | 9.00 | 14,682.85 |
| 901.572 | Pre-roll | DivisionD - $6.50 - M/L - ENG | 6.50 | 5,860.22 |
| 523.458 | Pre-roll | DivisionD - $6 - ENG | 6.00 | 3,140.75 |
| 156.517 | Pre-roll | DivisionD - $9 - M/L - ENG | 9.00 | 1,408.65 |
| 87.202 | Pre-roll | DivisionD - $6 - ENG (WL) | 6.00 | 523.21 |
| 77.411 | Pre-roll | DivisionD - $8.50 - M/L - ENG (WL) | 8.50 | 657.99 |
| 41.577 | Pre-roll | DivisionD - M/L - $8 - ENG (WL) | 8.00 | 332.62 |
| 7.536 | Pre-roll | DivisionD - $5 - ENG | 5.00 | 37.68 |
| 68.158 | Pre-roll | DivisionD - $7.50 - M/L - ENG (WL) | 7.50 | 511.19 |
| 71.174 | Pre-roll | DivisionD - M/L - $7 - ENG (WL) | 7.00 | 498.22 |
| 7.581 | Pre-roll | DivisionD - M/L - $9.50 - ENG (WL) | 9.50 | 72.02 |
| | | | | |
| | | IO#: 1/13/16<br>Campaign Name: VidRoll Preroll<br>Flight Dates: 1/13/16-TBD<br>Billing Data: VidRoll's Ad Server<br>Sales Rep: Katie Duff<br><br>Billing Range: 10/1-10/31/16 | | |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

| | |
|---|---|
| **Total** | $135,152.88 |
| **Payments/Credits** | -$22,552.88 |
| **Balance Due in USD** | $112,600.00 |

# DIVISION-D



906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

102998

Bill to:
**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:
**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | November | KE | Net 60 | 11/30/2016 | 2/13/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| 0.138 | Mobile Preroll | Division-D_US_MW_$2.50 | 2.50 | 0.35 |
| 122.109 | Mobile Preroll | Division-D_US_In-App_$2.00 | 2.00 | 244.22 |
| 78.555 | Mobile Preroll | Division-D_US_In-App_$2.25 | 2.25 | 176.75 |
| 0.46 | Mobile Preroll | Division-D_US_MW_$2.50 WL | 2.50 | 1.15 |
| 1.182 | Mobile Preroll | Division-D_US_MW_$2.00 | 2.00 | 2.36 |
| | | | | |
| 1,097.765 | Pre-roll | DivisionD - $9 - ENG (v2) | 9.00 | 9,879.89 |
| 444.281 | Pre-roll | DivisionD - $7 - ENG | 7.00 | 3,109.97 |
| 1,907.38 | Pre-roll | DivisionD - M/L - $9 - ENG (WL) | 9.00 | 17,166.42 |
| 189.789 | Pre-roll | DivisionD - $6.50 - M/L - ENG | 6.50 | 1,233.63 |
| 135.342 | Pre-roll | DivisionD - $6 - ENG | 6.00 | 812.05 |
| 26.663 | Pre-roll | DivisionD - $9 - M/L - ENG | 9.00 | 239.97 |
| 12.767 | Pre-roll | DivisionD - $6 - ENG (WL) | 6.00 | 76.60 |
| 0.641 | Pre-roll | DivisionD - $8.50 - M/L - ENG (WL) | 8.50 | 5.45 |
| 30.203 | Pre-roll | DivisionD - M/L - $8 | 8.00 | 241.62 |
| 7,354.394 | Pre-roll | DivisionD - $8 - M/L - ENG | 8.00 | 58,835.15 |
| 7.921 | Pre-roll | DivisionD - $5 - ENG | 5.00 | 39.61 |
| 606.292 | Pre-roll | DivisionD - M/L - $8 - ENG (WL) | 8.00 | 4,850.34 |
| 94.146 | Pre-roll | DivisionD - $7.50 - M/L - ENG (WL) | 7.50 | 706.10 |
| 43.17 | Pre-roll | DivisionD - M/L - $7 - ENG (WL) | 7.00 | 302.19 |
| 117.152 | Pre-roll | DivisionD - M/L - $9.50 - ENG (WL) | 9.50 | 1,112.94 |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

**Total**

**Payments/Credits**

**Balance Due in USD**

DIVISION-D

906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

102998

Bill to:

**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:

**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | November | KE | Net 60 | 11/30/2016 | 2/13/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| | | IO#: 1/13/16<br>Campaign Name: VidRoll Preroll<br>Flight Dates: 1/13/16-TBD<br>Billing Data: VidRoll's Ad Server<br>Sales Rep: Katie Duff<br><br>Billing Range: 11/1-11/30/16 | | |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

| | |
|---|---|
| **Total** | $99,036.76 |
| **Payments/Credits** | -$16,506.00 |
| **Balance Due in USD** | $82,530.76 |



906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

103323

Bill to:

**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:

**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | December | KE | Net 60 | 12/31/2016 | 3/16/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| 0.013 | Mobile Preroll | Division-D_US_MW_$2.50 | 2.50 | 0.03 |
| 2.074 | Mobile Preroll | Division-D_US_MA_$2.25 | 2.25 | 4.67 |
| 0.017 | Mobile Preroll | Division-D_US_MW_$2.50 WL | 2.50 | 0.04 |
| 2.64 | Mobile Preroll | Division-D_US_MW_$2.00 | 2.00 | 5.28 |
| 24.889 | Mobile Preroll | Division-D_US_MA_$2.00 | 2.00 | 49.78 |
| | | | | |
| 463.802 | Pre-roll | DivisionD - $9 - ENG (v2) | 9.00 | 4,174.22 |
| 145.735 | Pre-roll | DivisionD - $7 - ENG | 7.00 | 1,020.15 |
| 1,252.107 | Pre-roll | DivisionD - M/L - $9 - ENG (WL) | 9.00 | 11,268.96 |
| 51.274 | Pre-roll | DivisionD - $6.50 - M/L - ENG | 6.50 | 333.28 |
| 0.547 | Pre-roll | DivisionD - $6 - ENG | 6.00 | 3.28 |
| 0.468 | Pre-roll | DivisionD - $9 - M/L - ENG | 9.00 | 4.21 |
| 1.007 | Pre-roll | DivisionD - $6 - ENG (WL) | 6.00 | 6.04 |
| 0.87 | Pre-roll | DivisionD - $8.50 - M/L - ENG (WL) | 8.50 | 7.40 |
| 3,615.912 | Pre-roll | DivisionD - $8 - M/L - ENG | 8.00 | 28,927.30 |
| 1.538 | Pre-roll | DivisionD - $5 - ENG | 5.00 | 7.69 |
| 280.348 | Pre-roll | DivisionD - M/L - $8 - ENG (WL) | 8.00 | 2,242.78 |
| 7.935 | Pre-roll | DivisionD - $7.50 - M/L - ENG (WL) | 7.50 | 59.51 |
| 2.297 | Pre-roll | DivisionD - M/L - $7 - ENG (WL) | 7.00 | 16.08 |
| 324.737 | Pre-roll | DivisionD - M/L - $9.50 - ENG (WL) | 9.50 | 3,085.00 |
| | | | | |
| 12.282 | Pre-roll | DivisionD_ML_$8 | 8.00 | 98.26 |
| 0.001 | Pre-roll | DivisionD_ENG_$8.75 | 8.75 | 0.01 |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due in USD** | |

# DIVISION-D

906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

103323

Bill to:
**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:
**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | December | KE | Net 60 | 12/31/2016 | 3/16/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| | | IO#: 1/13/16<br>Campaign Name: VidRoll Preroll<br>Flight Dates: 1/13/16-TBD<br>Billing Data: VidRoll's Ad Server<br>Sales Rep: Katie Duff<br><br>Billing Range: 12/1-12/31/16 | | |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

| | |
|---|---|
| **Total** | $51,313.97 |
| **Payments/Credits** | -$8,552.33 |
| **Balance Due in USD** | $42,761.64 |

# DIVISION-D

906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

103838

Bill to:

**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:

**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | January | KE | Net 60 | 1/31/2017 | 4/16/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| 0.408 | Mobile Preroll | DivisionD - mWeb - $2 - US | 2.00 | 0.82 |
| 0.247 | Mobile Preroll | DivisionD - mApp - $2 - US | 2.00 | 0.49 |
| 420.225 | Pre-roll | DivisionD - $9 - ENG (v2) | 9.00 | 3,782.03 |
| 203.497 | Pre-roll | DivisionD - M/L - $9.50 - ENG (WL) | 9.50 | 1,933.22 |
| 28.672 | Pre-roll | DivisionD - $7 - ENG | 7.00 | 200.70 |
| 59.981 | Pre-roll | DivisionD - M/L - $9 - ENG (WL) | 9.00 | 539.83 |
| 30.561 | Pre-roll | DivisionD - $8 - M/L - ENG | 8.00 | 244.49 |
| 8.038 | Pre-roll | DivisionD - $5 - ENG | 5.00 | 40.19 |
| 1.052 | Pre-roll | DivisionD - $6.50 - M/L - ENG | 6.50 | 6.84 |
| 0.011 | Pre-roll | DivisionD - $8.50 - M/L - ENG (WL) | 8.50 | 0.09 |
| 2.144 | Pre-roll | DivisionD - M/L - $8 - ENG (WL) | 8.00 | 17.15 |
| 0.767 | Pre-roll | DivisionD - M/L - $7 - ENG (WL) | 7.00 | 5.37 |
| 0.907 | Pre-roll | DivisionD - $7.50 - M/L - ENG (WL) | 7.50 | 6.80 |
| 0.705 | Pre-roll | DivisionD - S - $3.50 - ENG | 3.50 | 2.47 |
| 0.71 | Pre-roll | DivisionD - $6 - ENG (WL) | 6.00 | 4.26 |
| 0.759 | Pre-roll | DivisionD - $6 - ENG | 6.00 | 4.55 |
| 0.394 | Pre-roll | DivisionD - S - $4.50 - ENG | 4.50 | 1.77 |
| 0.08 | Pre-roll | DivisionD_ML_8_DESKTOP | 8.00 | 0.64 |
| | | IO#: 1/13/16<br>Campaign Name: VidRoll Preroll<br>Flight Dates: 1/13/16-TBD<br>Billing Data: VidRoll's Ad Server<br>Sales Rep: Katie Duff<br><br>Billing Range: 1/1-1/31/17 | | |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

| | |
|---|---|
| **Total** | $6,791.71 |
| **Payments/Credits** | $0.00 |
| **Balance Due in USD** | $6,791.71 |

# DIVISION-D

906 Rain Forest Pkwy
Columbia, MO 65202
(573) 445-3083

**INVOICE**

104088

Bill to:

**Accounts Payable Dept.**
VidRoll
3110 Main St.
Suite 400
Santa Monica, CA 90405

Remit to:

**Accounts Receivable Dept.**
III-Interactive, LLC
dba Division-D
906 Rain Forest Pkwy
Columbia, MO 65202

| Account # | IO No. | Flight Date | Rep | Terms | Invoice Date | Due Date |
|---|---|---|---|---|---|---|
| 2015-0394 | 1/13/16 | February | KE | 60 Days | 2/28/2017 | 4/29/2017 |

| Quantity | Creative | Description | Rate | Cost |
|---|---|---|---|---|
| 1.686 | Mobile Preroll | DivisionD - mWeb - $1.50 - US | 1.50 | 2.53 |
| 0.979 | Mobile Preroll | DivisionD - mApp - $2 - US (FS) | 2.00 | 1.96 |
| 0.429 | Mobile Preroll | DivisionD - mWeb - $2 - US | 2.00 | 0.86 |
| 0.015 | Mobile Preroll | DivisionD - mApp - $2.50 - US (FS) | 2.50 | 0.04 |
| 95.184 | Pre-roll | DivisionD - $9 - ENG (v2) | 9.00 | 856.66 |
| 52.393 | Pre-roll | DivisionD - M/L - $9.50 - ENG (WL) | 9.50 | 497.73 |
| 0.098 | Pre-roll | DivisionD - $7 - ENG | 7.00 | 0.69 |
| 17.15 | Pre-roll | DivisionD - $5 - ENG | 5.00 | 85.75 |
| 0.022 | Pre-roll | DivisionD - S - $3.50 - ENG | 3.50 | 0.08 |
| | | IO#: 1/13/16<br>Campaign Name: VidRoll Preroll<br>Flight Dates: 1/13/16-TBD<br>Billing Data: VidRoll's Ad Server<br>Sales Rep: Katie Duff<br><br>Billing Range: 2/1-2/28/17 | | |

ACH - WIRE INSTRUCTIONS
Bank: Commerce Bank
Account Name: Division-D
Account Number: 400678661
Routing Number: 101000019
Swift Code: CBKCUS44

Thank you for your business.

| | |
|---|---|
| **Total** | $1,446.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due in USD** | $1,446.30 |