RAINES FELDMAN LLP
Scott M. Lesowitz (Bar No. 261759)
slesowitz@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Plaintiff iii-Interactive LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

III-INTERACTIVE LLC, A MISSOURI LIMITED LIABILITY COMPANY, D/B/A DIVISION-D,

Plaintiff,

vs.

VIDROLL, LLC, A DELAWARE LIMITED LIABILITY COMPANY,

Defendant

Case No. 2:17-cv-4698-AB

**NOTICE OF VOLUNTARY DISMISSAL**

Dismissal of: *iii-Interactive LLC d/b/a Division-D v. VidRoll, LLC*





NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: August 24, 2017

RAINES FELDMAN LLP

By: */s/ Scott M. Lesowitz*
SCOTT M. LESOWITZ
Attorneys for Plaintiff iii-Interactive LLC